# United States Bankruptcy Court
### District of New Jersey

In re __MEE Apparel LLC__  
Debtor(s)

Case No. __14-16484 (CMG)__  
Chapter __11__

## VERIFICATION OF AMENDED CREDITOR MATRIX

I, Jeffrey L. Gregg, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of amended creditors is true and correct to the best of my knowledge.

Date:   April 7, 2014

_____
Jeffrey L. Gregg/Chief Restructuring Officer
Signer/Title

```
STEPHANIE REINA
251 TREETOP CIRCLE
NANUET, NY 10954
```