UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esq. (JS 5127)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MEE Apparel, LLC, *et al.*,[1] | : | Case No. 14-16484 (CMG) |
| | : | *Jointly Administered* |
| | : | |
| Debtors. | : | |
| | : | The Honorable Christine M. Gravelle |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case.

**Simon Property Group, Inc. (Co-Chairman)**
225 West Washington Street
Indianapolis, IN 46204-3438
Tel.: 317-263-2346
Fax: 317-263-7901
Attn: Ronald M. Tucker, Esq.

**American Cargo Express (Co-Chairman)**
545 Down Avenue
Elizabeth, NJ 07201
Tel.: 908-351-3400
Fax: 908-351-9708
Attn: Christina Murray Trizano

**Ningbo Morning Garmets Co.**
c/o Greg X. Wang, Esq.
General Counsel
1632 Anderson Ave., Suite B
Fort Lee, NJ 07024
Tel.: 201-947-2135
Fax: 201-606-2700

**Argix Direct, Inc.**
100 Middlesex Center Blvd.
Jamesburg, NJ 08831
Tel.: 732-656-2551
Fax: 732-605-2551
Attn: Alan Darwick

**GGP Limited Partnership**
110 North Wacker Drive
Chicago, IL 60606
Tel.: 312-960-2707
Fax: 312-442-6374
Attn: Julie Minnick Bowden

---

[1] The Debtors in these jointly administered cases are: MEE Apparel, LLC *fka* Ecko Complex, LLC *dba* Ecko Unlimited 14-16484 (CMG); MEE Direct, LLC *fka* Ecko Complex, LLC *dba* Ecko Unlimited 14-16486 (CMG).

**Page 2**
**MEE Apparel, LLC,** *et al.*
**Appointment Of Official**
**Committee Of Unsecured**
**Creditors**

Counsel for Committee

David M. Posner, Esquire
230 Park Avenue
New York, New York 10169
Tel.: (212) 661-9100
Fax: (212) 682-6104

                          ROBERTA A. DEANGELIS
                          UNITED STATES TRUSTEE
                          REGION 3


By: */s/ Martha R. Hildebrandt*
       Martha R. Hildebrandt
       Assistant United States Trustee
       Jeffrey M. Sponder
       Trial Attorney

Date: April 10, 2014