**OTTERBOURG P.C.**
David M. Posner, Esq. (*Pro Hac Vice* Admission Pending)
Kevin Zuzolo, Esq. (*Pro Hac Vice* Admission Pending)
Gianfranco Finizio, Esq. (*Pro Hac Vice* Admission Pending)
Jessica M. Ward, Esq.
230 Park Avenue
New York, New York 10169
Tel:  (212) 661-9100
Fax:  (212) 682-6104

*Proposed Counsel for Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>MEE APPAREL LLC and MEE DIRECT LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 14-16484 (CMG)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appear as proposed counsel to the

Official Committee of Unsecured Creditors of MEE Apparel LLC and MEE Direct LLC (the

"Debtors"), in the above-captioned cases and request pursuant to Bankruptcy Rules 2002 and

9010 that all notices given or required to be given and all papers served in this case be delivered

to and served upon:

                **OTTERBOURG P.C.**
       Attention:    David M. Posner, Esq.
                          Kevin Zuzolo, Esq.
                          Gianfranco Finizio, Esq.
                          Jessica M. Ward, Esq.

                230 Park Avenue
                New York, New York 10169-0075
                Tel:  (212) 661-9100
                Fax:  (212) 682-6104

e-mail: dposner@otterbourg.com
kzuzolo@otterbourg.com
gfinizio@otterbourg.com
jward@otterbourg.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telex, electronic mail, the internet, or otherwise filed or made with regard to these cases, which affects or seeks to affect in any way any rights or interests of the Debtors or any party in interest in this case.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, and (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
April 16, 2014

                          **OTTERBOURG P.C.**

                          By: */s/ Jessica M. Ward*
David M. Posner (*Pro Hac Vice* Admission Pending)
Kevin Zuzolo (*Pro Hac Vice* Admission Pending)
Gianfranco Finizio (*Pro Hac Vice* Admission Pending)
Jessica M. Ward
230 Park Avenue
New York, NY 10169
(212) 661-9100

*Proposed Counsel to the Official Committee
of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April 2014, a true and correct copy of the foregoing was served via the court's CM/ECF system, which will send notification of such filing to all counsel of record.

DATED:  April 16, 2014

                                                  By:  */s/ Jessica M. Ward*
                                                       Jessica M. Ward