# United States Bankruptcy Court
### District of New Jersey

In re  **MEE Apparel LLC**  
Debtor(s)

Case No.  **14-16484 (CMG)**  
Chapter  **11**

## VERIFICATION OF AMENDED CREDITOR MATRIX

I, Jeffrey L. Gregg, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of amended creditors is true and correct to the best of my knowledge.

Date:  April 29, 2014

*/s/ Jeffrey L. Gregg*  
**Jeffrey L. Gregg**/**Chief Restructuring Officer**  
Signer/Title

.

```
REBECCA BEARD
430 GRAND STREET #44
BROOKLYN, NY 11211


BIRNS TELECOM INC.
PO BOX 1219 CHELSEA STATION
NEW YORK, NY 10113-1219


DAVID OLIVER COHEN
368 BROADWAY, SUITE 511
NEW YORK, NY 10013


DILLARD'S
1600 CANTRELL ROAD
LITTLE ROCK, AR 72201


EAST SIDE DENIM INC.
135 ELMWOOD DRIVE
DIX HILLS, NY 11746


EDDIE ENGELS ENTERPRISES, INC.
C/O E2 ENTERPRISES
516 NORTH OGEN AVENUE #176
CHICAGO, IL 60642


ELLENOFF GROSSMAN & SCHOLE LLP
150 EAST 42ND STREET
NEW YORK, NY 10017


FIRST UNUM LIFE INSURANCE COMPANY
666 THIRD AVENUE
SUITE 301
NEW YORK, NY 10017


FIRST UNUM LIFE INSURANCE COMPANY
PO BOX 406927
ATLANTA, GA 30384-6927


HOCKEY EXPORT PRINT
S.A. DE C.V, 4 NORTE NO.
LOTE 9, SAN ANDRES
CUEXCONTITLAN, TOLUCA, ESTADO
DE MEXICO CP 50200
```

HORIZON BLUE CROSS BLUE SHIELD
HEADQUARTERS
3 PENN PLAZA
NEWARK, NJ 07105


HYUNG SUK KIM
25-16 30TH
#1R
ASTORIA, NY 11102


INNOVATION INTERACTIVE LLC
ATTN: SCOTT LEVINE
32 AVENUE OF THE AMERICAS
NEW YORK, NY 10013


INSIGHT DIRECT USA INC.
6820 SOUTH HARL AVENUE
ATTN - MICHAEL L. WALKER
TEMPE, AZ 85283


MEGAN MADDEN
4312 ROUTE 27
PRINCETON, NJ 08540


MIGHTY CLUB
(NEED ADDRESS)


ANA MONTON
2197 CRUGER AVENUE APT. #C6
BRONX, NY 10462


NINGBO MORNING GARMENTS CO LTD
1632 ANDERSON AVE.
ATTN: GREG X. WANG, ESQ.
SUITE B
FORT LEE, NJ 07024


OFFICE OF REGULATORY AUDIT
OFFICE OF INTERNATIONAL TRADE
ATTN: JAMES T. MADDEN,
FIELD DIRECTOR
NEW YORK, NY


OFFICETEAM
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

```
STEPHANIE REINA
251 TREETOP CIRCLE
NANUET, NY 10954


SHORETEL, INC.
4921 SOLUTION CENTER
CHICAGO, IL 60677


ST. JUDE CHILDREN'S RESEARCH
262 DANNY THOMAS PLACE
MEMPHIS, TN 38105


STATE OF ALABAMA
DEPARTMENT OF REVENUE
50 NORTH RIPLEY STREET
MONTGOMERY, AL 36104


STATE OF ALABAMA BUS. PRIV. TAX SECTION
PO BOX 327320
MONTGOMERY, AL 36132


STATE OF MINNESOTA
DEPARTMENT OF REVENUE
600 NORTH ROBERT STREET
SAINT PAUL, MN 55101


STATE OF NEW JERSEY
DEPARTMENT OF TREASURY
P.O. BOX 002
TRENTON, NJ 08625-0002


STATE OF NEW JERSEY
DIV. OF REVENUE
PO BOX 308
TRENTON, NJ 08646


STATE OF OREGON
DEPARTMENT OF REVENUE
955 CENTER STREET, NE
SALEM, OR 97301-2555


STATE OF PENNSYLVANIA
DEPARTMENT OF REVENUE
110 N. 8TH STREET
SUITE 204A
PHILADELPHIA, PA 19107-2412
```

```
STATE OF PENNSYLVANIA
BUREAU OF IND. TAXES
PO BOX 280504
HARRISBURG, PA 17128


SUMMITAK INTERNATIONAL LTD.
ROOM 1805, YINGLI BUILDING
NORTH TOWER, NO. 3 HUAQIANG RD
ZHUJIANG, NEW CITY, GUANGZHOU
GANG DONG, CHINA


SUNGWOOK LIM
(NEED ADDRESS)


T.U.K. INC.
12300 CROSTHWAITE CIRCLE
ATTN:  CARLY CLAYTON
POWAY, CA 92064


TC RES LLC
501 10TH AVENUE
7TH FLOOR
NEW YORK, NY


TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON BUILDING
500 DEADERICK STREET
NASHVILLE, TN 37242


THE HUMANE SOCIETY OF THE U.S.
2100 L STREET
WASHINGTON, DC 20037


U.S. CUSTOMS & BORDER
PROTECTION
BUILDING 77, JFK AIRPORT
JAMAICA, NY 11430


U.S. CUSTOMS AND BORDER
PROTECTION, REVENUE DIVISION
ATTN:  CASHIER
6650 TELECOM DR, STE. 100
INDIANAPOLIS, IN 46278
```

```
VERIZON BUSINESS
P.O. BOX 660794
DALLAS, TX 75266


VISION SERVICE PLAN - (NR)
P.O. BOX 45223
SAN FRANCISCO, CA 94145-0223


DANNY WEAVER
136 WEST 4TH STREET
APT. 6C
NEW YORK, NY 10012
```