# EXHIBIT C

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11  
Client/Matter No. 52721-0001

Invoice No. 739552  
May 9, 2014  
Page 47

COSTS ADVANCED

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 03/03/14 | COPY OF OFFICIAL DOCUMENTS | 0.90 |
| 03/04/14 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 03/04/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/04/14 | COPY OF OFFICIAL DOCUMENTS | 1.40 |
| 03/04/14 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 1.60 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 2.50 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 2.00 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 03/05/14 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 03/24/14 | TRAVEL- MILEAGE/TOLLS - FELICE YUDKIN | 25.50 |
| 03/24/14 | TRAVEL - MILEAGE / TOLLS | 22.40 |
| 03/28/14 | CORPORATE DOCUMENT RETRIEVAL - CSC | 173.05 |
| 03/28/14 | CORPORATE DOCUMENT RETRIEVAL - CSC | 364.05 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 2.50 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 2.30 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 1.30 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 1.00 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 1.70 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.20 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11  
Client/Matter No. 52721-0001

Invoice No. 739552  
May 9, 2014  
Page 48

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 1.50 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 1.30 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 1.10 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 1.30 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 2.80 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 2.60 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 03/29/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/30/14 | TELEPHONE TOLL CHARGE | 16.63 |
| 03/30/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/30/14 | COPY OF OFFICIAL DOCUMENTS | 2.50 |
| 03/31/14 | TELEPHONE TOLL CHARGE | 0.40 |
| 03/31/14 | CORPORATE DOCUMENT RETRIEVAL - CSC | 94.05 |
| 03/31/14 | LIEN / LITIGATION WORK - CSC Bank | 83.15 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 1.30 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 1.10 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 1.40 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 2.50 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 2.30 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  CHAPTER 11  
Client/Matter No. 52721-0001

Invoice No. 739552  
May 9, 2014  
Page 49

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 2.10 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 2.60 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 03/31/14 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 04/01/14 | PHOTOCOPYING / PRINTING / SCANNING | 5.60 |
| 04/01/14 | PHOTOCOPYING / PRINTING / SCANNING | 25.80 |
| 04/01/14 | PHOTOCOPYING / PRINTING / SCANNING | 4.40 |
| 04/01/14 | PHOTOCOPYING / PRINTING / SCANNING | 12.00 |
| 04/01/14 | PHOTOCOPYING / PRINTING / SCANNING | 15.00 |
| 04/01/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 04/01/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/01/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/01/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/01/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/01/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/01/14 | TELEPHONE TOLL CHARGE | 0.55 |
| 04/01/14 | TELEPHONE TOLL CHARGE | 0.95 |
| 04/01/14 | TELEPHONE TOLL CHARGE | 0.95 |
| 04/01/14 | TELEPHONE TOLL CHARGE | 1.05 |
| 04/01/14 | TELEPHONE TOLL CHARGE | 1.20 |
| 04/01/14 | LIEN / LITIGATION WORK - CSC Bank | 81.15 |
| 04/02/14 | WESTLAW | 127.32 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1270 | 254.00 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 975 | 195.00 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 605 | 121.00 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 12.00 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 15.00 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 31 | 6.20 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 44 | 8.80 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 75 | 15.00 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11  
Client/Matter No. 52721-0001

Invoice No. 739552  
May 9, 2014  
Page 50

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---:|
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 7.20 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 7.60 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 23.80 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 8.40 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 7.20 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 20.80 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 04/02/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.15 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.15 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.15 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 0.35 |
| 04/02/14 | TELEPHONE TOLL CHARGE | 1.40 |
| 04/03/14 | MESSENGER SERVICE - 911 COURIER LLC | 51.00 |
| 04/03/14 | MESSENGER SERVICE - 911 COURIER LLC | 114.00 |
| 04/03/14 | PHOTOCOPYING / PRINTING / SCANNING | 20.80 |
| 04/03/14 | PHOTOCOPYING / PRINTING / SCANNING | 20.80 |
| 04/03/14 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 04/03/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 04/03/14 | PHOTOCOPYING / PRINTING / SCANNING | 13.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11  
Client/Matter No. 52721-0001

Invoice No. 739552  
May 9, 2014  
Page 51

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---:|
| 04/03/14 | PHOTOCOPYING / PRINTING / SCANNING | 13.00 |
| 04/03/14 | PHOTOCOPYING / PRINTING / SCANNING | 13.00 |
| 04/03/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 04/03/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/03/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/03/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/03/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/03/14 | TELEPHONE TOLL CHARGE | 0.20 |
| 04/03/14 | TELEPHONE TOLL CHARGE | 0.35 |
| 04/03/14 | TELEPHONE TOLL CHARGE | 0.40 |
| 04/04/14 | TRAVEL - RAIL - MICHAEL D. SIROTA | 205.00 |
| 04/04/14 | PHOTOCOPYING / PRINTING / SCANNING | 11.40 |
| 04/04/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/04/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/04/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/04/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/04/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/04/14 | TELEPHONE TOLL CHARGE | 0.20 |
| 04/04/14 | TELEPHONE TOLL CHARGE | 0.25 |
| 04/04/14 | TELEPHONE TOLL CHARGE | 0.50 |
| 04/04/14 | TELEPHONE TOLL CHARGE | 0.50 |
| 04/04/14 | TELEPHONE TOLL CHARGE | 0.55 |
| 04/07/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 04/07/14 | PHOTOCOPYING / PRINTING / SCANNING | 8.00 |
| 04/07/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 04/07/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 04/07/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 11 | 2.20 |
| 04/07/14 | PHOTOCOPYING / PRINTING / SCANNING | 15.60 |
| 04/07/14 | PHOTOCOPYING / PRINTING / SCANNING | 66.20 |
| 04/07/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 58 | 11.60 |
| 04/07/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 138 | 27.60 |
| 04/07/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 48 | 9.60 |
| 04/07/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/07/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/07/14 | TELEPHONE TOLL CHARGE | 0.15 |
| 04/07/14 | TELEPHONE TOLL CHARGE | 0.15 |
| 04/07/14 | TELEPHONE TOLL CHARGE | 0.25 |
| 04/07/14 | TELEPHONE TOLL CHARGE | 0.70 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11  
Client/Matter No. 52721-0001

Invoice No. 739552  
May 9, 2014  
Page 52

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/08/14 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 04/08/14 | PHOTOCOPYING / PRINTING / SCANNING | 9.20 |
| 04/08/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/08/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/08/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/08/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/08/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/08/14 | TELEPHONE TOLL CHARGE | 0.15 |
| 04/08/14 | TELEPHONE TOLL CHARGE | 0.45 |
| 04/08/14 | TELEPHONE TOLL CHARGE | 0.60 |
| 04/08/14 | TELEPHONE TOLL CHARGE | 0.65 |
| 04/08/14 | FILING FEES - TD CARD SERVICES | 30.00 |
| 04/09/14 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 04/09/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/09/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/09/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/09/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/09/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/09/14 | TELEPHONE TOLL CHARGE | 0.20 |
| 04/09/14 | TELEPHONE TOLL CHARGE | 0.20 |
| 04/09/14 | TELEPHONE TOLL CHARGE | 0.30 |
| 04/09/14 | MESSENGER SERVICE - FEDERAL EXPRESS | 28.59 |
| 04/10/14 | TRAVEL- MILEAGE/TOLLS - FELICE YUDKIN | 13.00 |
| 04/10/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/10/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/10/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/10/14 | TELEPHONE TOLL CHARGE | 0.15 |
| 04/10/14 | TELEPHONE TOLL CHARGE | 0.15 |
| 04/10/14 | TELEPHONE TOLL CHARGE | 0.20 |
| 04/10/14 | TRAVEL - MILEAGE / TOLLS | 16.80 |
| 04/11/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/14/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 04/14/14 | PHOTOCOPYING / PRINTING / SCANNING | 12.20 |
| 04/14/14 | PHOTOCOPYING / PRINTING / SCANNING | 12.20 |
| 04/14/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 3 | 0.60 |
| 04/14/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 4 | 0.80 |
| 04/14/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/15/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:  CHAPTER 11  
    Client/Matter No. 52721-0001

Invoice No. 739552  
May 9, 2014  
Page 53

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/15/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 04/15/14 | PHOTOCOPYING / PRINTING / SCANNING | 15.20 |
| 04/15/14 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 04/15/14 | PHOTOCOPYING / PRINTING / SCANNING | 27.60 |
| 04/15/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/15/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/15/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/15/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/15/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/16/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 12 | 2.40 |
| 04/16/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 04/16/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 04/16/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 04/16/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 04/16/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 04/16/14 | PHOTOCOPYING / PRINTING / SCANNING | 13.60 |
| 04/16/14 | PHOTOCOPYING / PRINTING / SCANNING | 7.60 |
| 04/16/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 04/16/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 04/16/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/16/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/16/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/16/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/16/14 | TELEPHONE TOLL CHARGE | 0.20 |
| 04/16/14 | TELEPHONE TOLL CHARGE | 0.25 |
| 04/17/14 | WESTLAW | 129.94 |
| 04/17/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 12 | 2.40 |
| 04/17/14 | PHOTOCOPYING / PRINTING / SCANNING | 6.20 |
| 04/17/14 | PHOTOCOPYING / PRINTING / SCANNING | 6.20 |
| 04/17/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 04/17/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 04/17/14 | PHOTOCOPYING / PRINTING / SCANNING | 8.40 |
| 04/17/14 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 04/17/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/17/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/17/14 | TELEPHONE TOLL CHARGE | 0.15 |
| 04/17/14 | TELEPHONE TOLL CHARGE | 96.65 |
| 04/18/14 | WESTLAW | 82.14 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: CHAPTER 11  
Client/Matter No. 52721-0001

Invoice No. 739552  
May 9, 2014  
Page 54

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/18/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/19/14 | WESTLAW | 70.30 |
| 04/19/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/19/14 | TELEPHONE TOLL CHARGE | 0.90 |
| 04/20/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 25 | 5.00 |
| 04/20/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 12 | 2.40 |
| 04/20/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 12 | 2.40 |
| 04/21/14 | TRAVEL - CAR SERVICE - MICHAEL D. SIROTA | 13.70 |
| 04/21/14 | TRAVEL - RAIL - MICHAEL D. SIROTA | 102.00 |
| 04/21/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 04/21/14 | PHOTOCOPYING / PRINTING / SCANNING | 33.60 |
| 04/21/14 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 04/21/14 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 04/21/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 04/21/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 04/21/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/21/14 | TELEPHONE TOLL CHARGE | 0.15 |
| 04/21/14 | TELEPHONE TOLL CHARGE | 0.35 |
| 04/21/14 | TELEPHONE TOLL CHARGE | 1.35 |
| 04/22/14 | PHOTOCOPYING / PRINTING / SCANNING | 12.20 |
| 04/22/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/22/14 | TELEPHONE TOLL CHARGE | 0.20 |
| 04/22/14 | TELEPHONE TOLL CHARGE | 0.30 |
| 04/23/14 | WESTLAW | 50.94 |
| 04/23/14 | PHOTOCOPYING / PRINTING / SCANNING | 11.20 |
| 04/23/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 04/23/14 | PHOTOCOPYING / PRINTING / SCANNING | 24.00 |
| 04/23/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 04/23/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 04/23/14 | PHOTOCOPYING / PRINTING / SCANNING | 5.60 |
| 04/23/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 04/23/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 04/23/14 | PHOTOCOPYING / PRINTING / SCANNING | 7.20 |
| 04/23/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 11 | 2.20 |
| 04/23/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 8 | 1.60 |
| 04/23/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/23/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/23/14 | TELEPHONE TOLL CHARGE | 0.05 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:     CHAPTER 11                                                                                       Invoice No. 739552
      Client/Matter No. 52721-0001                                                        May 9, 2014
                                                                                                                                                     Page 55

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/23/14 | TELEPHONE TOLL CHARGE | 0.75 |
| 04/23/14 | TELEPHONE TOLL CHARGE | 0.75 |
| 04/24/14 | TRAVEL - CAR SERVICE - MICHAEL D. SIROTA | 23.50 |
| 04/24/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 04/24/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 04/24/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 0.15 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 0.35 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 0.60 |
| 04/24/14 | TELEPHONE TOLL CHARGE | 3.00 |
| 04/25/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 04/25/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 04/25/14 | PHOTOCOPYING / PRINTING / SCANNING | 10.60 |
| 04/25/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/25/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/25/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/25/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/25/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/25/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/28/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 3 | 0.60 |
| 04/28/14 | PHOTOCOPYING / PRINTING / SCANNING | 17.20 |
| 04/28/14 | PHOTOCOPYING / PRINTING / SCANNING | 67.80 |
| 04/28/14 | PHOTOCOPYING / PRINTING / SCANNING | 17.20 |
| 04/28/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 04/28/14 | PHOTOCOPYING / PRINTING / SCANNING | 5.40 |
| 04/28/14 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 04/28/14 | PHOTOCOPYING / PRINTING / SCANNING | 17.20 |
| 04/28/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11  
Client/Matter No. 52721-0001

Invoice No. 739552  
May 9, 2014  
Page 56

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28/14 | POSTAGE | 1.19 |
| 04/28/14 | POSTAGE | 1.82 |
| 04/28/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/28/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/28/14 | TELEPHONE TOLL CHARGE | 0.20 |
| 04/28/14 | TELEPHONE TOLL CHARGE | 0.20 |
| 04/28/14 | TELEPHONE TOLL CHARGE | 0.65 |
| 04/28/14 | TELEPHONE TOLL CHARGE | 1.05 |
| 04/28/14 | TELEPHONE TOLL CHARGE | 1.35 |
| 04/28/14 | TELEPHONE TOLL CHARGE | 101.41 |
| 04/29/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 04/29/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 13 | 2.60 |
| 04/29/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 13 | 2.60 |
| 04/29/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/29/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/29/14 | TELEPHONE TOLL CHARGE | 0.15 |
| 04/29/14 | FILING FEES - TD CARD SERVICES | 60.00 |
| 04/30/14 | PHOTOCOPYING / PRINTING / SCANNING | 75.80 |
| 04/30/14 | PHOTOCOPYING / PRINTING / SCANNING | 75.80 |
| 04/30/14 | PHOTOCOPYING / PRINTING / SCANNING | 38.60 |
| 04/30/14 | PHOTOCOPYING / PRINTING / SCANNING | 38.60 |
| 04/30/14 | PHOTOCOPYING / PRINTING / SCANNING | 5.40 |
| 04/30/14 | PHOTOCOPYING / PRINTING / SCANNING | 28.20 |
| 04/30/14 | PHOTOCOPYING / PRINTING / SCANNING | 7.00 |
| 04/30/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 04/30/14 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 04/30/14 | TELEPHONE TOLL CHARGE | 0.05 |
| 04/30/14 | TELEPHONE TOLL CHARGE | 0.10 |
| 04/30/14 | TELEPHONE TOLL CHARGE | 0.30 |
| 04/30/14 | TELEPHONE TOLL CHARGE | 0.45 |
| 04/30/14 | TELEPHONE TOLL CHARGE | 0.70 |
| 04/30/14 | TELEPHONE TOLL CHARGE | 0.85 |

TOTAL COSTS ADVANCED: $ 4,129.18

TOTAL SERVICES AND COSTS: $ 226,107.68

*RETAINER BALANCE: 187,111.48*