**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
(201) 489-3000
(201) 489-1536 Facsimile
Attorneys for MEE Apparel LLC and
MEE Direct LLC, Debtors-in-Possession

|  |  |
|---|---|
| In re:<br><br>MEE APPAREL LLC and MEE DIRECT LLC,<br><br>Debtors-in-Possession. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE CHRISTINE M. GRAVELLE<br>CASE NO. 14-16484 (CMG)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 28, 2014, AT 10:00 A.M.** |

To:     All Parties Receiving Electronic Notification
         of Filing via the Court's CM/ECF System

   PLEASE TAKE NOTICE that the following matters are currently scheduled to be heard

on May 28, 2014, at 10:00 a.m. before the Honorable Christine M. Gravelle:

**CONTESTED MATTERS**:

1.    **Motion**:    Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 363 and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006: (1) Approving "Stalking Horse" Asset Purchase Agreement for the Sale of Substantially All the Debtors' Assets; (2) Approving Bidding Procedures and Form, Manner and Sufficiency of Notice; (3) Scheduling (A) An Auction Sale and (B) a Hearing to Consider Approving the Highest and Best Offer; (4) Authorizing the Debtors to Sell Substantially All Their Assets Free and Clear of Liens, Claims, Encumbrances,

and Interests and to Assume and Assign Certain Related Executory Contracts and Unexpired Leases; and (5) Granting Other Related Relief [Docket No. 26].

**Related Pleadings**:

Order (I) Approving Bidding Procedures for Sale of Substantially All of the Assets of the Estates, (II) Approving Expense Reimbursement, (III) Approving Notice Procedures, (IV) Approving Assumption and Assignment Procedures, and (V) Scheduling Date for Sale Hearing [Docket No. 158];

Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All the Debtors' Assets [Docket No. 142];

Notice of Bid Deadline, Auction and Sale Approval Hearing in Connection with the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances [Docket No. 143];

Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All the Debtors Assets [Docket No. 163];

Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All the Debtors' Assets [Docket No. 201];

Notice of Cancellation of Auction and Intent to Present Successful Bidder at the Sale Hearing [Docket No. 217].

**Objection Deadline**: May 23, 2014, at 4:00 p.m. (Eastern Standard Time)

**Objections Filed**:

The Taubman Landlords' Precautionary Objection to the Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and Cure Claim Objection [Docket No. 189] (the "Taubman Objection");

Limited Objection of IP Holdings Unltd LLC to Sale of Substantially All of the Debtors Assets [Docket No. 226];

Renewed Objection of JG Elizabeth II, LLC and BRE Pearlridge LLC to Proposed Assumption and Assignment of Certain Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [Docket No. 227]

**Response Deadline:**  May 27, 2014, at 12:00 p.m. (Eastern Standard Time)

**Responses Filed**:

Debtors' Omnibus Reply to Objections to Their Motion for an Order Pursuant to 11 U.S.C. §§ 363 and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006 Authorizing the Debtors to

2

Sell Substantially All Their Assets Free and Clear of Liens, Claims, Encumbrances, and Interests and to Assume and Assign Certain Related Executory Contracts [Docket No. 233];

Declaration of Seth Gerszberg in Support of the Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 363 and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006 Authorizing the Debtors to Sell Substantially All Their Assets Free and Clear of Liens, Claims, Encumbrances, and Interests and to Assume and Assign Certain Related Executory Contracts [Docket No. 234];

Declaration of Matthew J. Sodl in Support of the Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 363 and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006 Authorizing the Debtors to Sell Substantially All Their Assets Free and Clear of Liens, Claims, Encumbrances, and Interests and to Assume and Assign Certain Related Executory Contracts [Docket No. 235];

Declaration of Jeffrey L. Gregg in Support of the Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 363 and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006 Authorizing the Debtors to Sell Substantially All Their Assets Free and Clear of Liens, Claims, Encumbrances, and Interests and to Assume and Assign Certain Related Executory Contracts [Docket No. 236].

**Status**: The Taubman Objection has been resolved. This matter is going forward.

2. **Application**: Application for Order Pursuant to, *Inter Alia*, Sections 328(a) and 1103(a) of the Bankruptcy Code Authorizing Employment and Retention of Otterbourg P.C., Effective as of April 10, 2014, as Counsel to the Official Committee of Unsecured Creditors [Docket No. 180].

**Objection Deadline**: May 19, 2014.

**Objections Filed**: Objection of the United States Trustee to Official Committee of Unsecured Creditor's Application [Docket No. 218];

**Responses Filed**:

Response of Otterbourg P.C. to the Objection of the United States Trustee to Official Committee of Unsecured Creditor's Application [Docket No. 230];

Debtors' Response to Objection of the United States Trustee to the Official Committee of Unsecured Creditor's Application [Docket No. 232].

**Status**: This matter is going forward.

52721/0001-10645663v1

DATED: May 27, 2014

Respectfully submitted,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Attorneys for MEE Apparel LLC and MEE Direct
LLC, Debtors-in-Possession

By: */s/ Felice R. Yudkin*
    Michael D. Sirota
    David M. Bass
    Felice R. Yudkin

52721/0001-10645663v1