| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **TRENK, DiPASQUALE,<br>DELLA FERA & SODONO, P.C.**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>Andrea Dobin, Esq.<br>Sam Della Fera, Jr., Esq.<br>Joshua H. Raymond, Esq.<br>*Counsel to Thomas J. Orr,<br>Chapter 7 Trustee* | Order Filed on July 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>MEE APPAREL, LLC and MEE DIRECT, LLC,<br><br>    Debtor. | Chapter 7<br><br>Case No.  14-16484 (CMG) Lead<br>            14-16486 (CMG) Joint<br>            (Jointly Administered)<br><br>Honorable Christine M. Gravelle<br><br>Hearing Date: July 18, 2017<br>Hearing Time: 10:00 a.m. |

**ORDER GRANTING TRUSTEE'S FIRST OMNIBUS OBJECTION TO EMPLOYEE CLAIMS PURSUANT TO 11 U.S.C. §502(b) AND FED. R. BANKR. P. 3007**
*(Revised as of July 14, 2017)*

The relief set forth on the following pages, numbered two (2) and three (3) and attached as Exhibits A, B and C, is hereby **ORDERED**.

**DATED: July 20, 2017**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: MEE Apparel, LLC and MEE Direct, LLC
Case No.: 14-16484 (CMG) Lead
Caption of Order: Order Granting Trustee's First Omnibus Objection to Employee Claims Pursuant to 11 U.S.C. §502(b) and Fed. R. Bank. P. 3007

**THIS MATTER** having been opened to the Court by Thomas J. Orr, Chapter 7 Trustee (the "Trustee") for MEE Apparel, LLC and MEE Direct, LLC (collectively, the "Debtors"), by and through his counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., upon the Trustee's First Omnibus Objection to Employee Claims Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 (the "Objection") for entry of an Order reclassifying, reducing, disallowing, and/or expunging each of the Modified Amount Claims, Satisfied Claims, and Duplicate Claims listed on Exhibits A, B, and C hereto; and the court having jurisdiction to consider the relief requested in the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that adequate notice of the Objection has been given to the parties affected by the Objection, and no other or further notice is necessary; and the Court having considered the Objection, and all responses thereto, if any; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Estate, its creditors and all parties in interest and that the legal and factual basis set forth in the Objection establish just cause for the relief granted herein; and after deliberation thereon and sufficient cause appearing therefore, it is hereby ORDERED as follows:

1. The relief requested in the Objection is granted to the extent set forth herein.

2. The Modified Amount Claims listed on Exhibit A attached hereto are modified by reducing and/or fixing, or expunging as relevant, the amount of such claim to the dollar value listed under the column titled "Modified Amount."

3. The objection as it relates to claim number 71 filed by Jenny V. Mitchener is adjourned to 10:00 a.m. on Tuesday, August 29, 2017.

4. The Satisfied Claims listed on Exhibit B attached hereto are hereby disallowed and expunged in their entirety.

Case 14-16484-CMG    Doc 613    Filed 07/20/17    Entered 07/21/17 11:34:03    Desc Main
Document    Page 3 of 6

(Page 3)
Debtor:             MEE Apparel, LLC and MEE Direct, LLC
Case No.:           14-16484 (CMG) Lead
Caption of Order:   Order Granting Trustee's First Omnibus Objection to Employee Claims Pursuant to 11
                    U.S.C. §502(b) and Fed. R. Bank. P. 3007

5. The objection as it relates to claims numbered 118 and 410 filed by Vannara Sap are adjourned to 10:00 am. on Tuesday, August 29, 2017.

6. The Duplicate Claims listed on Exhibit C attached hereto in the column titled "Claim to be Expunged" are disallowed and expunged in their entirety.

7. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. Any and all rights of the Trustee and the Debtors and their estates to amend, supplement or otherwise modify the Objection and to file additional objections to any and all claims filed in these chapter 7 case, including, without limitation, any and all of the Modified Amount Claims, Satisfied Claims, and Duplicate Claims, shall be reserved. Any and all rights, claims and defenses of the Trustee and the Debtors and their estates with respect to any and all of the Modified Amount Claims, Satisfied Claims, and Duplicate Claims are reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtors and their estates with respect to the disputed claims and the remaining claims.

9. This Order is deemed a separate final order with respect to each Claim that is affected, as if each has been the subject of a separate motion.

10. Any stay of this Order pending appeal by any claimant whose Modified Amount Claims, Satisfied Claims, and Duplicate Claims are subject to this Order will only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to any other claim.

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

4833-7693-9851, v. 1

# EXHIBIT A - MODIFIED AMOUNT CLAIMS

| Claimant | Claim # | Claim Amount | Modified Amount | Hilco Undeliverable | Priority Due | Objection Page Reference |
|---|---|---|---|---|---|---|
| Aida K. Montalvo Sanchez | 31 | $4,980.76 | $653.85 | $0.00 | $653.85 | 5-6 |
| Christie E. Navarro | 211 | $2,500.00 | $500.00 | $0.00 | $500.00 | 5-6 |
| Claribel Laureano | 97 | $800.00 | $0.00 | $271.64 | $271.64 | 5-6 |
| Joan M. Reina | 46 | $1,190.00 | $400.00 | $0.00 | $400.00 | 5-6 |
| Laquisha Singleton | 18 | $600.00 | $600.00 | $0.00 | $600.00 | 5-6 |
| Melissa Mohiswarnath | 57 | $100.00 | $480.00 | $0.00 | $480.00 | 5-6 |
| Stephanie Reina | 107 | $2,211.54 | $0.00 | $240.30 | $240.30 | 5-6 |
| Tyler C. Hargrove | 50 | $3,400.00 | $580.00 | $477.61 | $1,057.61 | 5-6 |

## EXHIBIT B - SATISFIED CLAIMS

| Claimant | Claim Amount | Satisfied Claim # | Treatment | Objection Page Reference |
|---|---|---|---|---|
| Adela D. Leiva | $5,316.27 | 117 | $0.00 | 6 |
| Alexis A. Dobrolski | $1,500.00 | 98 | $0.00 | 6 |
| Arnold E. Roberts, III | Approx $3,000.00 | 175 | $0.00 | 6 |
| Brenda Velasquez | $11,677.40 | 285 | $0.00 | 6 |
| Cedric L. Sanders | $7,966.50 | 114 | $0.00 | 6 |
| Christopher Johnson | $1,009.20 | 28 | $0.00 | 6 |
| Claude Sandeaux | $1,346.80 | 23 | $0.00 | 6 |
| Craig Jones | $1,500.00 | 52 | $0.00 | 6 |
| Eliezer D. Rodriguez | $600.00 | 49 | $0.00 | 6 |
| Eve M. Esparza | $11,250.00 | 275 | $0.00 | 6 |
| Isaac D. Coppens | $2,800.00 | 43 | $0.00 | 6 |
| Isaac X. Quinonez | $15,727.93 | 94 | $0.00 | 6 |
| Jan D. Rodriguez Cabañas | $7,153.86 | 34 | $0.00 | 6 |
| Janet Castellanos | $1,860.00 | 141 | $0.00 | 6 |
| Janet Castellanos | $1,300.00 | 391 | $0.00 | 6 |
| Jaymee Batchelder | $2,296.00 | 146 | $0.00 | 6 |
| Jessica L. Ferreira | $9,713.94 | 59 | $0.00 | 6 |
| Joel Castro | $20,240.00 | 270 | $0.00 | 6 |
| Jose M. Rojas | $26,154.00 | 274 | $0.00 | 6 |
| Kelsey Padilla | $900.00 | 157 | $0.00 | 6 |
| Maurice G. Murray | $600.00 | 68 | $0.00 | 6 |
| Rebecca Saccol | $1,078.00 | 276 | $0.00 | 6 |
| Robyn A. Smeester | $2,826.93 | 376 | $0.00 | 6 |
| Robyn A. Smeester | $3,726.93 | 17 | $0.00 | 6 |
| Robyn A. Smeester | $3,726.93 | 328 | $0.00 | 6 |
| Rosado Eliud | $7,115.00 | 78 | $0.00 | 6 |
| Shelton Batten | $2,720.00 | 44 | $0.00 | 6 |
| Siomara Enriquez | $7,100.80 | 272 | $0.00 | 6 |
| Taylor Rodriguez | $1,536.00 | 218 | $0.00 | 6 |
| Tiffany Miller | $344.78 | 195 | $0.00 | 6 |
| Veronica Cruz Santos | $350.00 | 165 | $0.00 | 6 |
| Vicki L. Jackson | $3,858.54 | 197 | $0.00 | 6 |
| Vicki L. Jackson | $3,858.54 | 377 | $0.00 | 6 |
| Wanda R. Velez | $6,300.00 | 65 | $0.00 | 6 |
| William Finnegan | $5,772.00 | 93 | $0.00 | 6 |
| Yteshia Flippin | $350.00 | 185 | $0.00 | 6 |

### EXHIBIT C - DUPLICATE CLAIMS

| Clamaint | Claim #s | Duplicate Claim # | Duplicate Claim # to be Disallowed | Surviving Claim | Treatment of Claims | Objection Page Reference |
|---|---|---|---|---|---|---|
| Christie E. Navarro | 196 & 211 | 196 | 196 | 211 | Claim # 196 is disallowed. See Exhibit A - Modified Amount Claim for treatment of Claim #211 | 7-8 |